DPC:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6071 CR-HURLEY

18 USC §922(g)(1)
18 USC §922(k)

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA         )
                                 )
vs.                              )
                                 )
HENRY C. CORDOZA Jr.,            )
    a/k/a "John Jamol Carlton Hackett," )
    a/k/a "John Johmal Hackett."  )
                                 )



INDICTMENT

The Grand Jury charges that:

COUNT I

On or about February 12, 2000, at Broward County, in the Southern District of Florida, the defendant,

HENRY C. CORDOZA Jr.,
a/k/a "John Jamol Carlton Hackett,"
a/k/a "John Johmal Hackett,"

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a Colt Detective

Special, .38 caliber revolver; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT II

On or about February 12, 2000, at Broward County, in the Southern District of Florida, the defendant,

HENRY C. CORDOZA Jr.,
a/k/a "John Jamol Carlton Hackett,"
a/k/a "John Johmal Hackett,"

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a Rossi, .22 caliber long rifle revolver; in violation of Title 18, United States Code, Section 922(g)(1).

[handwritten insertion: "rifle" inserted before "revolver"]

## COUNT III

On or about February 12, 2000, at Broward County, in the Southern District of Florida, the defendant,

HENRY C. CORDOZA Jr.,
a/k/a "John Jamol Carlton Hackett,"
a/k/a "John Johmal Hackett,"

did knowingly possess a firearm, that is, a Colt Detective Special, .38 caliber revolver, which firearm had the manufacturer's serial

2

number obliterated; in violation of Title 18, United States Code, Section 922(k).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

HENRY C. CORDOZA Jr.                **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)    Yes ___  No ___
                                     Number of New Defendants  ___
___ Miami   ___ Key West             Total number of counts    ___
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) __No__
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_         Petty         ___
   II   6 to 10 days     ___         Minor         ___
   III  11 to 20 days    ___         Misdem.       ___
   IV   21 to 60 days    ___         Felony        _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) _No_
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of __02/12/00__
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 471623

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name:  **HENRY C. CORDOZA Jr.**    No.: _____

Count #: I
Possession of firearm by convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).
*Max Penalty: Ten years' imprisonment; $250,000 fine.

Count #: II
Possession of firearm by convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).
*Max Penalty: Ten years' imprisonment; $250,000 fine.

Count #: III
Possession of firearm not identified by serial number, in violation of Title 18, United States Code, Section 922(k).
*Max Penalty: Ten years' imprisonment; $250,000 fine.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96