AO 442 (Rev. 12/85) Warrant for Arrest  AUSA DAVID P. CORA - S/A GEORGE BELSKY, ATF

## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

HENRY C. CORDOZA Jr.

TO: The United States Marshal
and any Authorized United States Officer

# WARRANT FOR ARREST

CASE NUMBER: 00-6071-CR-HURLEY
MAGISTRATE JUDGE VITUNAC

YOU ARE HEREBY COMMANDED to arrest _HENRY C. CORDOZA, Jr._
                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession of firearms by a convicted felon;

in violation of Title 18 United States Code, Section 922(g)(1); 922(k)

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_ Jenny Butler
Signature of Issuing Officer

Bail fixed at PRE-TRIAL DETENTION requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida  3/21/00
Date and Location

_(signature)_ Lurana S. Snow
by LURANA S. SNOW, Chief U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: HENRY C. CORDOZA, Jr

ALIAS: aka John Jamol Carlton Hackett; aka John Johmal Hackett

LAST KNOWN RESIDENCE: BSO Jail

LAST KNOWN EMPLOYMENT: Laborer

PLACE OF BIRTH: Brooklyn NY

DATE OF BIRTH: 3/11/58

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6'2"                           WEIGHT: 160

SEX: Male                              RACE: Black

HAIR: Black                            EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: SC R CHK


FBI NUMBER: 420999P10

COMPLETE DESCRIPTION OF AUTO: 1986 4 dr Olds Cierra, MPP1248, NC


INVESTIGATIVE AGENCY AND ADDRESS: George Belsky, ATF Ft. Lauderdale (954) 356-7369