UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. M_____   D.C. 55251-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6071-CR-HURLEY
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
HENRY C. CORDOZA JR. )
        Defendant

RECV'D BY _____
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED by ___ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-29-00   am/pm

(2) Language Spoken: _____

(3) Offense(s) Charged: POSS FIREARM CON FELON

(4) U.S. Citizen [ ] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 3-11-58

(6) Type of Charging Document: (check one)
    [X] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [ ]NO

Amount of Bond: $
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-29-00   (9) Arresting Officer: _____

(10) Agency: USM        (11) Phone: _____

(12) Comments: _____