ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6071-CR-RYSKAMP

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

HENRY CORDOZA,

   Defendant.
_____/

### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

Defendant, Henry Cordoza, through undersigned counsel, invokes the rights to remain silent and to counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin,* 111 S.Ct. 2204, 2212 (1992) (Stevens, J., dissenting).

           KATHLEEN M. WILLIAMS
           FEDERAL PUBLIC DEFENDER

           _____
           Lori Barrist
           Assistant
           Federal Public Defender
           Attorney for the Defendant
           Florida Bar No. 374504
           400 Australian Ave. N., Ste. 300
           West Palm Beach, FL 33401
           Telephone: (561) 833-6288
           Fax: (561) 833-0368

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered this 31ST day of March, 2000, to the Office of the United State's Attorney, 701 Clematis Street, West Palm Beach, FL 33401.