# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: <u>HENRY CORDOZA (detainer)</u>   CASE NO: <u>00-6071-CR-HURLEY</u>
AUSA: <u>DAVID CORA /Bardfeld</u>   ATTY: <u>Benile</u>
AGENT: _____   VIOL: <u>18:922(g)(1); 922 (k)</u>
PROCEEDING <u>I/A ON INDICTMENT</u>   RECOMMENDED BOND <u>PTD</u>
BOND HEARING HELD - yes/no   COUNSEL APPOINTED <u>FPD</u>
_____ BOND SET @
_____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

_Advised of charges_ - _sworn for counsel_

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:     Duty
                          (PTD)/BOND HRG: 4-4 9:30  WPB
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF: 4-28 9:30 AEV

Date: 3-30-00   Time 11:00   FTL/LSS TAPE #00- 017   Begin: 3737   End: 235
                             and 00-018

Filed MAR 30 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.
APR 3 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.