REC'D by _____
APR 3 2000
CLARENCE _____
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6071-CR-HURLEY

UNITED STATES OF AMERICA

vs

HENRY CORDOZA

FILED by ____ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 30, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____FEDERAL PUBLIC DEFENDER_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held:  yes_____  no__X__  PTD hearing set for_4-4-00_____

Dated this__30TH__ day of __MARCH_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_____
    Deputy Clerk

Tape No.  00-017

cc: Copy for Judge
    U. S. Attorney

