# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 04/07/2000   TIME: 9:30 AM

DEFT. HENRY C. CORDOZA, JR. (J) #55251-004  CASE NO. 00-6071-CR-HURLEY/VITUNAC

AUSA. *Kerry Baron* / DAVID CORA   ATTY. *Lori Barrist* / FEDERAL PUBLIC DEFENDER

AGENT. ATF   VIOL. 18:922 (g)

PROCEEDING DETENTION HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Detention held

Deft present with counsel

Govt. Proffers Evidence

Witness: George Belsey - S/A ATF - Sworn/Test.

Deft remains detained

Written Order To Follow

DATE: 4-7-00   TAPE: AEV 00-25-593

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form."*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 98-6015-CR-HURLEY |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WILLIE EDWARD JACKSON | AMENDED-FINAL ORDER OF FORFEITURE |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SUNTRUST BANK ACCT. NO. 066000604-0606002506332-0256

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C/O. U.S. MARSHAL SERVICE

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM H. BECKERLEG, JR. AUSA
UNITED STATES ATTORNEY'S OFFICE
500 EAST BROWARD BOULEVARD, STE 700
FT. LAUDERDALE, FLORIDA 33394

REC'D by D.C.
APR 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

CATS I.D. 99-DEA-369399      AGENCY CASE NO. GS-97-0147

Signature of Attorney or other Originator requesting service on behalf of: [signature] for WHB
XX PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (954)356-7314
DATE: 3/18/00

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 4 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 3-10-00 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

Date of Service: 3/30/00    Time: 09:30 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

**REMARKS:**
Return unexecuted. This acct. is the same as 066000604-0606002506332-0233.
RA 10/4/2

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)