AO 442 (Rev. 12/85) Warrant for Arrest         AUSA DAVID P. CORA - S/A GEORGE BELSKY, ATF   46/535

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

HENRY C. CORDOZA Jr.

**WARRANT FOR ARREST**

CASE NUMBER: 00-6071

CR-HURLEY
MAGISTRATE JUDGE
VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __HENRY C. CORDOZA, Jr.__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession of firearms by a convicted felon;

in violation of Title __18__ United States Code, Section __922(g)(1); 922(k)__

__CLARENCE MADDOX__
Name of Issuing Officer

_Denny Butler_ (signature)
Signature of Issuing Officer

Bail fixed at __PRE-TRIAL DETENTION__ _requested_

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

__Fort Lauderdale, Florida  3/21/00__
Date and Location

_Lurana S. Snow_ (signature)
by __LURANA S. SNOW, Chief U.S. Magistrate Judge__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at __Ft. Lauderdale, FL__ |||
| DATE RECEIVED 3/21/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/29/00 | FOR: ATF | Fred Depompa, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: HENRY C. CORDOZA, Jr.

ALIAS: aka John Jamol Carlton Hackett; aka John Johmal Hackett

LAST KNOWN RESIDENCE: BSO Jail

LAST KNOWN EMPLOYMENT: Laborer

PLACE OF BIRTH: Brooklyn NY

DATE OF BIRTH: 3/11/58

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6'2"   WEIGHT: 160

SEX: Male   RACE: Black

HAIR: Black   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: SC R CHK

FBI NUMBER: 420999P10

COMPLETE DESCRIPTION OF AUTO: 1986 4 dr Olds Cierra, MPP1248, NC

INVESTIGATIVE AGENCY AND ADDRESS: George Belsky, ATF Ft. Lauderdale (954) 356-7369