UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6071-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY CORDOZA,

    Defendant.
_____/

## MOTION TO CANCEL STATUS CONFERENCE

The defendant, Henry Cordoza, through counsel, moves for the entry of an order cancelling the status conference set for April 28, 2000, and in support says that discovery has been received. It has not yet been reviewed with the defendant. An extra 28 days is requested for motions. Assistant Untied States Attorney David Cora has no objection to the cancelling of the status conference.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_____
Lori Barrist
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 374504
400 Australian Ave. N., Ste 300
West Palm Beach, FL 33401
TEL:(561) 833-6288
FAX:(561) 833-0368

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 25th day of April, 2000, to David Cora, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Lori Barrist