UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6071-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY CORDOZA,

    Defendant.

_____/

## ORDER CANCELLING STATUS CONFERENCE

It appearing to the court that discovery has been received and there are no pending motions, it is hereby

ORDERED that the status conference set for April 28, 2000, is CANCELLED.

DONE and ORDERED this ____ day of April 2000, at West Palm Beach, Florida.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

cc:    Lori Barrist, AFPD
       David Cora, AUSA