DC:HKP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. <u>00-6071-CR-HURLEY</u>

UNITED STATES OF AMERICA, )
)
              Plaintiff, )
)
vs )
)
HENRY CORDOZA, )
)
              Defendant. )
_____)

### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney BRUCE BROWN.

                                        Respectfully submitted,

                                        THOMAS E. SCOTT
                                        UNITED STATES ATTORNEY

By: _____
        DAVID CORA
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar Number: 471623
        500 East Broward Boulevard, Suite 700
        Fort Lauderdale, Florida 33394
        Telephone: (954) 356-7255x3519
        Facsimile: (954) 356-7336
        E-Mail: DAVID.CORA@justice.usdoj.gov

cc: ATF George Belsky

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this \_\_2\_ day of May, 2000,

to:   Lori Barrist, AFPD, 400 Australian Avenue, Suite 300, West Palm Beach, FL 33401.

_____
DAVID CORA
ASSISTANT UNITED STATES ATTORNEY