UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6071-CR-HURLEY

UNITED STATES OF AMERICA )
)
)
v. )
)
)
HENRY CORDOVA )
_____)

GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE
TO THE STANDING DISCOVERY ORDER

The United States files this First Supplemental Response to the Standing Discovery Order issued in this case. Where appropriate, this response is numbered to correspond to that Order.

Updated property receipts have been forwarded to defense counsel.

Resume for ATF special agent Lombardo and criminalist Greenspan have been forwarded to defense counsel.

Release receipt has been forwarded to defense counsel.

Two incident reports have been forwarded to defense counsel.

Testimony of agent Belsky has been forwarded to defense counsel.

The attachments to this response are numbered pages 64 - 102.

Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
David P. Cora
Assistant United States Attorney
Florida Bar No. 471623
500 E. Broward Blvd. 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 x 3519
Fax: (954) 356-7228

cc: Special Agent George Belsky
ATF Ft. Lauderdale

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded by United States mail this May 1, 2000 to: Lori Barrist, Assistant Federal Public Defender, 701 Clematis, West Palm Beach, FL 33401.

_____
David P. Cora
Assistant United States Attorney