# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA
    Plaintiff,

VS.

HENRY C. CORDOZA, JR. (J)#55251-004
    (Deft. required)
    Defendant.

NOTICE

CASE NUMBER: 00-6071-CR-HURLEY/VITUNAC

TYPE OF CASE:

( ) **CIVIL**       (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | COURTROOM #3 (4TH FLOOR)<br>DATE AND TIME:<br>MONDAY, JUNE 19, 2000 @ 10:00 AM |

TYPE OF PROCEEDING:

MOTION TO SUPPRESS EVIDENCE

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

(BY) DEPUTY CLERK

MAY 22, 2000
DATE

TO: LORI BARRIST, AFPD
    UNITED STATES ATTORNEY (BRUCE BROWN)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE