## COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 06/19/2000   TIME: 10:00 AM

DEFT. HENRY C. CORDOZA, JR. (J) #55251-004   CASE NO. 00-6071-CR-HURLEY/VITUNAC

AUSA. BRUCE BROWN ✓   ATTY. LORI BARRIST, AFPD ✓

AGENT. ATF   VIOL. 18:922(g)

PROCEEDING MOTION TO SUPPRESS EVIDENCE   BOND. PRETRIAL DETENTION

DISPOSITION Motion to Suppress held.
Deft present with counsel
Witness: George Belsky - S/A ATF - sworn/test
No written response filed by Govt.
Court orders Govt. to file written response
to motion @ by 6-21-00 & to notify
witnesses.
Hearing reset to Thursday, 6-22-00 @ 10:00 AM

DATE: 6-19-00   TAPE: AEV 00-36-1740

Court Reporter - Criss Bertling