# United States District Court

DISTRICT OF **Southern** **Florida**

USA v. Henry C. Cordova, JR.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6071-CR-Hurley

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ann E. Vitunac | Bruce Brown | Lori Barrist, AFPD |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
|  | Chris Bentline | Sandra Acevedo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 6-22-00 | ✓ | ✓ | NY Birth Certificate (copy) |
| 2 |  | " | ✓ | ✓ | Copy of Social Security Card |

FILED by ___ 00 JUN 22 PM 1:15 CLARENCE MADDOX CLERK US DIST CT S.D. OF FLA - WPB

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages



**GOVERNMENT EXHIBIT**
CASE NO. 00-6071-CR Hurley
EXHIBIT NO. 1

MARCH 10, 1992

MANHATTAN

NAME: JOHN JAROL CARLTON HACKETT

SEX: MALE

03-15-92

156-62-106378

02-14-98

HOTHER'S MAIDEN NAME: BARBARA CARBO ANN PAGAN

FATHER'S NAME: * * * * * * * LETROY RAY ROBRO CARLTON



**GOVERNMENT EXHIBIT**
CASE NO. 00-6071
EXHIBIT NO. 2