# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**    DATE: 06-22-2000    TIME: 10:00 AM

DEFT. HENRY C. CORDOZA, JR. (J) #55251-004    CASE NO. 00-6071-CR-HURLEY/VITUNAC

AUSA. BRUCE BROWN    ATTY. LORI BARRIST, AFPD

AGENT. ATF    VIOL. 18:922(g)

PROCEEDING: CONTINUATION OF MOTION TO SUPPRESS EVIDENCE    BOND. PRETRIAL DETENTION

DISPOSITION: Motion to Suppress held.
Deft present with counsel.
Witness: Abe Jurado - BSO - sworn/test
Witness: Seargant Wolfe - BSO - sworn/test
Gov't exhibits 1&2 admitted into evidence
Witness: Deft - sworn/test
Parties present arguments.
Court will Recommend motion be denied.
R&R to follow

DATE: 6-22-00    TAPE: AEV 00-38-587
                        00-39-1

Court Reporter - Criss Bertling