FILED by /tl/ D.C.
JUL -7 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

JUL 10 2000
S.D. FLA. W.P.B.

# CRIMINAL MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

Case No. **00-6071-CR-Hurley**        Date **7-7-00**

Courtroom Deputy: James E. Caldwell        Court reporter: Pauline Stipes

Language Spoken: **English**        Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. **Henry C. Cordoza, Jr.**

AUSA: **Carolyn Bell**        DEFENSE COUNSEL: **Lori Barrist for David Cora**

TYPE OF HEARING: **Change of plea from not guilty to guilty to Counts 1 & 2 of the indictment**

RESULTS OF HEARING: **Plea of guilty accepted.**

Misc.: **Sentencing date set for Friday October 13, 2000 at 10:30 A.M.**