**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



**UNITED STATES OF AMERICA,**
        **Plaintiff,**

v.                                                          **CASE NO. 00-6071-CR-HURLEY**

**HENRY CORDOZA,**
        **Defendant.**
----------------------------------------/

## ORDER ON MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION

**THIS MATTER** is before the court upon the report and recommendation of a United States

Magistrate Judge as to defendant's motion to suppress evidence, [DE 23], filed May 19, 2000. Upon

consideration of the report and recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*,

as no timely objections have been filed, it is

**ORDERED and ADJUDGED**:

1. The Magistrate Judge's report and recommendation are **adopted**.

2. The defendant's motion to suppress is **denied** in it's entirety.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this _____ day of

August, ~~July~~, 2000.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
U.S. Magistrate Judge Ann E. Vitunac
AUSA Bruce Brown
AFPD Lori Barrist