UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6071-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY CORDOZA,

    Defendant.
_____/

**MOTION FOR EXTENSION OF TIME TO
FILE OBJECTIONS TO PRESENTENCE REPORT**

    The defendant, Henry Cordoza, through counsel, moves for the entry of an order extending the time for the filing of any objections to the presentence report, and in support says that despite the fact that the defendant's sentencing is less than two weeks away, no presentence report has been disclosed. Counsel has spoken on several occasions to United States Probation Officer Tom Felasco who admits that the report is untimely. According to Felasco, counsel will have the report by Monday, October 2, 2000.

    The defendant is housed at FDC-Miami, and counsel must review the report with him prior to the filing of the objections. The defendant therefore requests an extension of time for the filing



of his objections until October 10, 2000. Counsel contacted Assistant United States Attorney Bruce Brown who was unavailable for his position on the requested extension of time.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_/s/ Lori Barrist_
Lori Barrist
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 374504
400 Australian Ave. N., Ste 300
West Palm Beach, FL 33401
TEL:(561) 833-6288
FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed/delivered this 29th day of September, 2000, to Bruce Brown, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Tom Felasco, United States Probation Officer, 300 N. E. First Avenue, Room 315, Miami, Florida 33132-2126; and Henry Cordoza, Reg. No. 55251-004, Federal Detention Center (FDC), P. O. Box 019120, Miami, FL 33101-9120.

_/s/ Lori Barrist_
Lori Barrist
