UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6071-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY CORDOZA,

    Defendant.
_____/

FILED by ___ D.C.
OCT 4 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING EXTENSION OF TIME
## FOR FILING OBJECTIONS TO PRESENTENCE REPORT

It appearing to the court that the defendant has not yet received a copy of the presentence report, the defendant's motion for an extension of the time for the filing of his objections to the report is hereby: GRANTED.

The defendant shall seven days from the receipt of the presentence report (or until October 10, 2000) for the filing of any objections.

DONE and ORDERED this _3RD_ day of October 2000, at West Palm Beach, Florida.

                                                DANIEL T. K. HURLEY
                                                UNITED STATES DISTRICT JUDGE

cc:    Lori Barrist, AFPD
        Bruce Brown, AUSA
        Tom Felasco, USPO
        Henry Cordoza