| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0:00CR06071-001 |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT (XI) ELEVEN | DIVISION |
|---|---|---|
| Mr. Henry C. Cordoza, Jr. a/k/a John Jamol Carlton Hackett a/k/a John Johmal Hackett | | Southern District of Florida |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Daniel T.K. Hurley, Judge U.S. District Court, West Palm Beach, Florida | |
| SD/FL PACTS No. 63349 | DATES OF PROBATION SUPERVISED RELEASE | FROM 9/20/2002 | TO 9/19/2005 |

OFFENSE: ILLEGAL POSSESSION OF A FIREARM BY A CONVICTED FELON, IN VIOLATION OF TITLE 18, U.S.C., §922(g)(1).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the EASTERN DISTRICT OF NORTH CAROLINA, upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Dec. 11, 2002
Date

Daniel T.K. Hurley
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA.

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-3-03
Effective Date

United States District Judge

United States Government<br>M E M O R A N D U M

**DATE:**   January 13, 2003

**FROM:**   William H. Salinas
          U.S. Probation Officer
          Miami Lakes, Florida

**SUBJECT:**   CORDOZA, Henry C., Jr.
               DOCKET NUMBER: 0:00CR06071-001
               SD/FL PACTS NO. 63349

**TO:**   Clerk's Office, Magistrate Section
      U. S. District Court, Miami, Florida



## TRANSFER OF JURISDICTION

    Please find attached Probation Form 22, Transfer of Jurisdiction, signed in Part One on **December 11, 2002**, by The Honorable Daniel T.K. Hurley, Judge, U.S. District Court, Southern District of Florida, West Palm Beach, and signed in Part Two on **January 3, 2003**, by The Honorable Terrence W. Boyle, Judge, U.S. District Court, Eastern District North Carolina, Fayetteville.

    Please send your complete file to the Clerk of the Court, for the Eastern District of North Carolina.

    Should you have any questions or concerns, please contact the undersigned officer at (305) 512-1836.

Respectfully submitted,

**INTEROFFICE MEMORANDUM**                             **U.S. PROBATION OFFICE SD/FL**

                                    Date: 1/13/2003

**TO:** Clerk's Office, Magistrate Section
      301 North Miami Avenue, Room #150, Miami, Florida 33128

**FROM:** William H. Salinas
       U.S. Probation Officer
       Miami Lakes, Florida
       Telephone: (305)-512-1836

**SUBJECT: CORDOZA, Henry C., Jr.**
         **SD/FL Pacts #63349**

The below listed is being transmitted to your office for your <u>immediate attention.</u>

| | | |
|---|---|---|
| _____ | FILE (I&I, PROB | OTHER: _____ |
| _____ | PRESENTENCE | |
| _____ | PAROLE CERT. | |
| _____ | CONTD. OF PROBATION | MATERIAL REQUESTED BY: |
| _____ | INDICTMENT/INFORMATION | NAME _____ PLEASE DELIVER ATTACHED TO COURT, WHEN RETURNED, HAVE COPIES CERTIFIED BY YOUR COURT CLERK |
| _____ | JUDGMENT & COMMITMENT | |
| _____ | COURT ORDER | |
| \_\_\_X\_\_\_ | MEMO TO COURT | |
| _____ | PSI TO COURT | |
| _____ | REQUEST FROM COURT | |

Remarks: <u>Encl.: Transfer of Jurisdiction, signed Probation Form 22, Judgment in a Criminal Case, Indictment.</u>