

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



January 16, 2003

United States District Court
Eastern District of North Carolina
Terry Sanford Federal Building and Courthouse
310 New Bern Avenue
Raleigh, NC 27601

RE:   *USA vs. Henry C. Cordoza, Jr.*                                          Case No. 00-6071 CR *Hurley*

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by /s/ Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

**5:03-CR-15-1H**

by: April Bunn
    Deputy Clerk

Date: 1-22-03

---

□ 301 N. Miami Avenue        □ 299 E. Broward Boulevard    ☑ 701 Clematis Street       □ 301 Simonton Street     □ 300 S. Sixth Street
Room 150                      Room 108                       Room 402                    Room 130                  Ft. Pierce, FL 34950
Miami, FL 33128               Ft. Lauderdale, FL 33301       W. Palm Beach, FL 33401     Key West, FL 33040        561-595-9691
305-523-5100                  954-769-5400                   561-803-3400                305-295-8100